## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JUHYUN SO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HYATT HOTELS CORPORATION,

Defendant.

Case No. 2:25−cv−01298-AB-SSC

**[~~PROPOSED~~] ORDER ON STIPULATION RE: DISMISSAL OF DEFENDANT HYATT HOTELS CORPORATION WITHOUT PREJUDICE**

The Court **APPROVES** the Parties' Stipulation Re: Dismissal of Defendant Hyatt Hotels Corporation Without Prejudice, and **ORDERS**:

1. Plaintiff must file the Amended Complaint by **April 11, 2025.**
2. Defendant Hyatt Hotels Corporation is dismissed without prejudice. Anticipated new defendant Hyatt Corporation must respond to the Amended Complaint by **May 9, 2025.**

**IT IS SO ORDERED.**

Dated: April 11, 2025

Hon. André Birotte Jr.
United States District Court Judge