Terence N. Hawley (SBN 179106)
Email: thawley@reedsmith.com
Quynh La (SBN 341162)
Email: qla@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Phone: (415) 543-8700
Fax: (415) 391-8269

*Attorneys for Defendant*
*Hyatt Corporation*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUHYUN SO, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

HYATT CORPORATION,

Defendant.

Case No. 2:25−cv−01298−AB−SSC

**NOTICE OF ERRATA AS TO DECLARATION OF TAMMY CAVE IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, TO DISMISS AND STRIKE FIRST AMENDED COMPLAINT**

| | |
|---|---|
| Date: | June 6, 2025 |
| Time: | 10:00 a.m. |
| Judge: | Hon. André Birotte Jr. |
| Courtroom: | Courtroom 7B<br>First Street Courthouse<br>350 W. 1st Street, 10th Fl.<br>Los Angeles, CA 90012 |

Action Filed: February 14, 2025

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on May 9, 2025, Defendant filed ECF No. 18-10, the Declaration of Tammy Cave in Support of Defendant's Motion to Transfer Venue or, in the Alternative, to Dismiss and Strike the First Amended Complaint.

The Declaration contained the declarant's digital signature, and therefore did not conform to L.R. 5-4.3.4(3). Accordingly, filed herewith is a corrected version of the Declaration of Tammy Cave, which is identical in all respects, except for an updated signature page containing the declarant's hand-signed signature.

DATED: May 12, 2025

REED SMITH LLP

By: */s/ Terence N. Hawley*
Terence N. Hawley (SBN 179106)

*Attorneys for Defendant*
*Hyatt Corporation*