**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JUHYUN SO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION,<br><br>Defendant. | Civil Action No.: 1:25-cv-10483<br><br>Hon. Matthew F. Kennelly |

**<u>DEFENDANT HYATT CORPORATION'S MOTION TO DISMISS AND STRIKE PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT</u>**

Defendant Hyatt Corporation ("Hyatt"), by its undersigned counsel, moves to dismiss and to strike Plaintiff's First Amended Class Action Complaint (ECF 15) pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(f), and 23(c)(1)(A). The Amended Complaint asserts claims solely under the California Invasion of Privacy Act ("CIPA"). In support of this Motion, Hyatt asserts that the Amended Complaint fails to state a claim upon which relief may be granted and should be stricken because:

1. Plaintiff consented to the tracking alleged in the Amended Complaint by registering for Hyatt's rewards program.

2. Plaintiff separately consented to the alleged tracking through Hyatt's booking interface and other means.

3. Plaintiff's claims are foreclosed by his agreement to proceed under Illinois law.

4. Even under California law, Plaintiff does not state a CIPA claim for reasons other than his failure to allege lack of consent.

5. Plaintiff's proposed class definition is overbroad because it encompasses all California residents who accessed Hyatt's website over an unlimited period rather than only those who allegedly booked hotel rooms in 2024.

6. Plaintiff offers no plausible allegations in support of certain requested remedies.

Accordingly, for the reasons set forth above and in the Memorandum of Law in Support of Hyatt's Motion to Dismiss and to Strike Plaintiff's First Amended Class Action Complaint, filed contemporaneously herewith, Hyatt respectfully requests that the Court dismiss and strike Plaintiff's claims with prejudice, and grant such other and further relief as the Court deems just and proper.

Dated: December 11, 2025

Respectfully submitted,

By: /s/ *Terence N. Hawley*
Terence N. Hawley

**REED SMITH LLP**
Terence N. Hawley (*Pro Hac Vice*)
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
Email: thawley@reedsmith.com

*Attorneys for Defendant Hyatt Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Terence N. Hawley*
Terence N. Hawley