**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JUHYUN SO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION,<br><br>Defendant. | Civil Action No.: 1:25−cv−10483<br><br>Hon. Matthew F. Kennelly |

**DEFENDANT HYATT CORPORATION'S MOTION TO DISMISS AND STRIKE PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**

Defendant Hyatt Corporation ("Hyatt"), by its undersigned counsel, moves to dismiss and to strike Plaintiff's Second Amended Class Action Complaint (ECF 49, "SAC") pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(f), and 23(c)(1)(A). The SAC asserts a claim under the Wiretap Act, as amended by the Electronic Communications Privacy Act ("ECPA"). In support of this Motion, Hyatt asserts that the SAC fails to state a claim upon which relief may be granted and should be stricken on the following grounds:

1. Plaintiff's ECPA claim fails under the "party exception" because Hyatt was an intended recipient of the alleged communications.

2. Plaintiff consented to the alleged tracking through his registration for and membership in the World of Hyatt rewards program, as well as through Hyatt's booking interface and other means.

3. Plaintiff has failed to plausibly allege the elements of an ECPA claim, including interception in transit, interception of the content of communications, and procurement by Hyatt.

4. On its face, Plaintiff's expanded class definition is overbroad, depends on improper extraterritorial application of California's Guest Record Statute, and necessarily includes users whose claims are time-barred or are subject to individualized proof.

5. Plaintiff offers no plausible allegations in support of his prayer for punitive, actual or compensatory damages, restitution, and injunctive relief.

Accordingly, for the reasons set forth above and in the Memorandum of Law in Support of Hyatt's Motion to Dismiss and to Strike Plaintiff's Second Amended Class Action Complaint, filed contemporaneously herewith, Hyatt respectfully requests that the Court dismiss and strike Plaintiff's claims with prejudice, and grant such other and further relief as the Court deems just and proper.

Dated: January 29, 2026

Respectfully submitted,

By: */s/ Terence N. Hawley*
Terence N. Hawley

**REED SMITH LLP**
Terence N. Hawley (*Pro Hac Vice*)
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
Email: thawley@reedsmith.com

*Attorneys for Defendant Hyatt Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Terence N. Hawley*
Terence N. Hawley