**BURSOR & FISHER, P.A.**
Philip L. Fraietta
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914)-874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (*pro hac vice*)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

JUHYUN SO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HYATT CORPORATION,

Defendant.

Civil Action No.: 1:25-CV-10483

Hon. Matthew F. Kennelly

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Juhyun So ("Plaintiff") respectfully submits this Notice of Supplemental Authority regarding the pending Motion to Dismiss and Strike the Second Amended Complaint. *See* ECF Nos. 53, 58, 61. Plaintiff brings to the Court's attention the following order entered on April 2, 2026, by Judge Dolly M. Gee, in *Gianne v. Accor Management US Inc. et al.*, Case No. 2:25-cv-02425-DMG-E, ECF No. 39 (C.D. Cal. Apr. 2, 2026).

Specifically, the decision is relevant to the parties' respective arguments regarding (1) whether Plaintiff consented to the wiretapping at issue; (2) whether Plaintiff's hotel bookings were communicative content; (3) whether Plaintiff's communications were intercepted in transit; and (4) whether Defendant tortiously disclosed hotel guest records (deemed private under the California Guest Records Statute, Cal. Civ. Code §53.5) for the purposes of targeted advertising.

Dated: April 7, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *<u>/s/ Philip L. Fraietta</u>*
Philip L. Fraietta

**BURSOR & FISHER, P.A.**

Philip L. Fraietta
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*